1 McGREGOR W. SCOTT
United States Attorney
2 DAVID W. SPENCER
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00091-MCE |
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING |
| v. | DATE: February 24, 2020 |
| TASHAWN TERRELL DICKERSON, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

## STIPULATION

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Tashawn Terrell Dickerson, by and through his attorney of record, Alonzo J. Gradford, hereby move to continue the judgment and sentencing hearing currently scheduled for February 24, 2020, at 9:00 a.m., to March 9, 2020, at 9:00 a.m., based on the following:

1. By previous order, the judgment and sentencing hearing was set for February 18, 2020.
2. On February 13, 2020, the Court continued the judgment and sentencing hearing from February 18, 2020, to February 24, 2020. ECF No. 164.
3. Counsel for the government has a scheduling conflict on February 24, 2020.

///

Stipulation to Continue J&S       1

4. Accordingly, the parties jointly request that the judgment and sentencing hearing be continued to March 9, 2020, at 9:00 a.m.

IT IS SO STIPULATED.

Dated: February 19, 2020  McGREGOR W. SCOTT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: February 19, 2020  /s/ Alonzo J. Gradford
Alonzo J. Gradford
Counsel for Defendant
TASHAWN TERRELL DICKERSON

**ORDER**

The date for Judgment and Sentencing is hereby continued from February 24, 2020, to March 9, 2020, at 9:00 a.m.

Dated: February 21, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE